Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of Idaho

9th Division

Jonathan F. Pillard

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

United States

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

U.S. COURTS

JUL 14 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan J. Dillard
Address: 1031 N. Kummer Ave.
City: Kuna  State: ID.  Zip Code: 83634
County: ADA
Telephone Number: 208-734-2782 1680
E-Mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: United States courts / Judge Bistlin
Job or Title (if known): Judge
Address: 550 W. Fut Street
City: Boise  State: ID.  Zip Code: 83720
County: ADA
Telephone Number: (unknown)
E-Mail Address (if known): (unknown)
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: ADA county Sheriff's Office
Job or Title (if known): Sargeant in charge of Sex/Family Unit.
Address:
City:  State:  Zip Code:
County: ADA
Telephone Number:
E-Mail Address (if known): unknown
☐ Individual capacity  ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Officer Colin Starry
Job or Title (if known): U.S. Probation Officer
Address: 550 W. Fut Street, Ste 458
City: Boise  State: ID  Zip Code: 83720

County: ADA
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Crystal Glenn
Job or Title (if known): U.S. Probation Officer
Address: 550 W. Fut St., Ste 458
City: Boise  State: ID  Zip Code: 83720

County: ADA
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Right to legal counsel in a federal criminal proceedings/ hostoria Ledge Bastia
My right to protection and service by law enforcement officers.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See attached typed additional paperwork please. / pages- please.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? At my home, on 1-2-2014 1631 McKlemmet Ave. Kuna, Idaho 83634 At the U.S. courthouse in Boise, Id. And elsewhere in Idaho, False imprisonment at Eagle Island

B. What date and approximate time did the events giving rise to your claim(s) occur? 1-2-2014 / Oct 12, 2016 / Repeatedly starting on June 1, 2020 East wing / Repeatedly since Sept. 2020 by aunts.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1-2-2014 Officer Bryce King wearing plain clothes and nothing to identify himself as law enforcement, forced himself into my home by shoving me hard to the floor of my hallway. Room + did not stop there. He was violently aggressive who called for, in front of my CC Kathy Millard and Josephine Roberts. / see attached paperwork for rest.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had just Recently had my 3rd/ Lower Lumbar surgery and due to Bryce King violent nature, my Lower Lumbar collapsed is crushing the nerves between the disc. Causing my balance to be off and my lower extremitys to not feel also numbness/ normal with my Legs and no feeling in them. / not having any rights.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For Damages Done in whole = Total of Wrongful conviction and wrongful imprisonment/ wrongful sentence / Police Brutality / wages Lost / continuing medical expenses from in caused from/by officer Bryce Kings violence/ Loss of college Education and the loss of future opertunities and what was as investors in business pulled out Due to All this/ Mental Abuse done by probation officers, In whole for Damages and punitive Damages I am Asking for the Sum of $580.8 million. or / what may be agreed upon. Bare minimum of 580.8 mill. dollars, plus see extra.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/12/2022

Signature of Plaintiff

Printed Name of Plaintiff: Jonathan F. Dillard

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address