U.S. COURTS
DEC 05 2022
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Jonathan Dillard
1631 N. Klemmer Ave.
Kuna, ID. 83634
No phone of my own | message phone-208-713-1914/Sister, Rose Terrill
Jonathan185485@outlook.com

UNITDED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| Jonathan F. Dillard, | Case No.1:22-cv-00286-BLW |
|---|---|
| Plaintiff, | |
| vs. | REQUESTING AN COURT APPOIONTED LIASION WHO IS TRAINDED IN DEALING WITH AUSTISTIC INDIVIDUALS AND THE LAW. TO AIDE IN APPROAPIATE WORDING AND MAKING SURE THAT I FOLOW THE RULES THE COURTS HAVE. AS I HAVE AUTISM, AND I HAVE NEW EVIDENCE TO PROVIDE THE COURTS. PLEASE. IN THE INTEREST OF A TIMELY MANNER. TO ACCOMIDATE THE SPECAIL NEEDS I HAVE UNTIL AN ATTORNEY CAN BE FOUND. |
| Judge Stanley Bastian, et al., | |
| Defendant | |

Your honor, I am the plaintiff Jonathan Dillard, I have incoming to my position new evidence that may make one biggest differences in this whole case and show a most excellent reason why all of it should not be ignored or put aside or assumed to be false , the proof you requested to show cause justly that all I've stated is true and factual and I really don't want to mess it up by doing it wrong or some kind of rules that I have no clue about or understand not being followed , I have what you need sir or are asking for I just am not presenting it correctly sir and if I could be granted a court liaison , I am more interested in following the courts mandate to have it done in a timely manner and getting an attorney is no easy task and the courts a ns well the defendants deserve to have the information in a timely manner, and in the benefit and interest of all concerned as this could affect all involved. The state of Idaho Health and welfare contracts with liberty health in some cases and I would like to refer the courts to speak to the assessor who is working on my case Shara, at 208-207-0839, please and she can also attest the need for me to have one. I am asking please.

Thank you,

REQUESTING AN COURT APPOIONTED LIASION WHO IS TRAINDED IN DEALING WITH AUSTISTIC INDIVIDUALS AND THE LAW.  TO AIDE IN APPROAPIATE WORDING AND MAKING SURE THAT I FOLOW THE RULES THE COURTS HAVE. AS I HAVE AUTISM, AND I HAVE NEW EVIDENCE TO PROVIDE THE COURTS. PLEASE. IN THE INTEREST OF A TIMELY MANNER. TO ACCOMIDATE THE SPECAIL NEEDS I HAVE UNTIL AN ATTORNEY CAN BE FOUND. - 1

11/24/2022

_____
Attorney Name

Jonathan Dillard

with added enformation for Aiding the Courts to better understand my Request and why I am Asking.

REQUESTING AN COURT APPOIONTED LIASION WHO IS TRAINDED IN DEALING WITH AUSTISTIC INDIVIDUALS AND THE LAW. TO AIDE IN APPROAPIATE WORDING AND MAKING SURE THAT I FOLOW THE RULES THE COURTS HAVE. AS I HAVE AUTISM, AND I HAVE NEW EVIDENCE TO PROVIDE THE COURTS. PLEASE. IN THE INTEREST OF A TIMELY MANNER. TO ACCOMIDATE THE SPECAIL NEEDS I HAVE UNTIL AN ATTORNEY CAN BE FOUND. - 2