22-cv-286

# LIVING WITH AUTISM

# *Autism* INFORMATION FOR ADVOCATES, ATTORNEYS, AND JUDGES



**Safe & Sound**
AUTISM SOCIETY

**SERVING VICTIMS OF CRIME SERIES**

CONTRIBUTED BY:
Carolyn Gammicchia and
Catriona Johnson, M.S.

**AUTISM SOCIETY**

PROSECUTING ATTORNEYS, JUDGES, AND OTHER VICTIMS' RIGHTS PROFESSIONALS MAY ENCOUNTER OR BE ASKED TO PROVIDE SERVICES TO AN INDIVIDUAL WITH AN AUTISM SPECTRUM DISORDER (ASD). UNDERSTANDING THE COMMUNICATION, SOCIAL, AND BEHAVIORAL CHARACTERISTICS OF INDIVIDUALS ON THE AUTISM SPECTRUM WILL ASSIST IN REPRESENTATION AND ADVOCACY ON BEHALF OF VICTIMS OF CRIME WHO HAVE AUTISM.

*There is strong evidence that individuals with disabilities experience crime at rates higher than individuals without disabilities. Because individuals on the autism spectrum are generally taught compliance from a very young age, have difficulty picking up social cues, and may also have cognitive disabilities (mental retardation), they can be easy targets for abuse and victimization. Unfortunately, most of these cases are never successfully prosecuted, leaving the perpetrators to continue to victimize others (Mishra, 2001). Due to the nature of autism, which is a spectrum disorder, individuals with ASD may have varying degrees of understanding of the criminal justice system or the situation that has brought them into the system. Specific care should be taken from the very first interviews to ensure accurate accounts of crimes are obtained and the victims appropriately represented and their rights preserved. With the assistance of trained professionals and autism experts, many of these cases can be successfully prosecuted.*





MOST PEOPLE WITH DISABILITIES WILL EXPERIENCE SOME FORM OF SEXUAL ASSAULT OR ABUSE DURING THEIR LIFETIME (MARGE, D., 2003).

### WHAT IS AUTISM?

Autism is a spectrum disorder that affects every individual to a differing degree. Autism is a complex developmental disability. It is a neurological condition with a variety of symptoms that affect individuals in different ways. It knows no racial, ethnic or social boundaries. People with autism may have difficulties in communication and social understanding. They may also have unusual reactions to sensory input, and may demonstrate what appear to be inappropriate behaviors. Autism Spectrum Disorders (ASD) are now known to be more common than previously thought, affecting as many as 1.5 million individuals nationwide.

## CONSIDERATIONS FOR PROSECUTING ATTORNEYS, JUDGES, AND VICTIMS' RIGHTS PROFESSIONALS

Evidence shows that individuals with disabilities experience crime at rates higher than their nondisabled counterparts. Most people with disabilities will experience some form of sexual assault or abuse during their lifetime (Marge, 2003). The risk of victimization varies according to disability; however, it is unknown how many adults on the autism spectrum are victims of sexual abuse, sexual assault, or domestic violence. There are currently no research studies specific to adults with ASD and there are no data available to document presumed high rates of abuse against men and boys with disabilities (Petersilia et. al., 2001). A survey of over 1,500 individuals on the autism spectrum and their caregivers by the Autism Society found that of the 35% who had been the victim of a crime, 17% reported physical abuse or assault, 13% reported being the victim of sexual abuse, 9% reported property crimes, 8% reported sexual assault, and 8% reported neglect; 3% reported being coerced to commit or participate in a crime (Autism Society, 2007). A study on child abuse and autism (Mandell, et. al., 2005) found that caregivers reported that 18.5% of children with ASD had been physically abused and 16.6% had been sexually abused. Property crimes against individuals with ASD may be prevalent in part due to the inability of many individuals on the autism spectrum to read social cues or understand social norms that may protect them from criminals seeking financial gain. Some individuals with ASD may have a guardian handling their finances, but if there is little or no monitoring and oversight, financial exploitation can easily take place.

Despite documented high rates of crime victimization against individuals with disabilities, police follow-up, prosecution, and convictions of perpetrators remain low. A review of Massachusetts cases found that only 5% of crimes against people with disabilities resulted in a conviction (Mishra, 2001). If convicted, sentences for crimes against individuals with developmental disabilities are typically lighter, particularly for sexual assault convictions. Theories explaining why include:

- The difficulty of investigations and lack of specialized police training
- Difficulties establishing whether an individual can give "consent"
- Negative stereotypes about individuals with developmental disabilities
- The perception that individuals with developmental disabilities lack credibility as witnesses
- The fact that individuals with developmental disabilities may be easily intimidated by the criminal justice system and be known by the perpetrator

Prosecutors and advocates should be aware that an individual on the autism spectrum may be dependent on a care provider, and therefore reluctant to press charges or assist in legal proceedings against that person. As part of these investigations, it becomes critically important to track the care provider's history, as he/she may move to another jurisdiction or state to avoid prosecution for abuse. State agencies administering programs for individuals with developmental disabilities are charged with assuring health and safety; however, in cases of prolonged abuse and neglect there may be a lack of quality oversight and investigation.

## APPROPRIATE RESPONSE/DELIVERY OF SERVICES

It is very likely that the ability of a victim with ASD to communicate will be impaired, especially in times of high stress. Professionals must be aware that no two people with ASD are the same; some individuals may be highly verbal while others are non-verbal, have above-average intelligence or cognitive limitations (mental retardation), and may respond differently to sensory stimuli. During instances of heightened anxiety or when they do not know what is expected of them, individuals with ASD may also lose some of their abilities more readily. Providing reassurance will assist in alleviating the individual's anxiety; however, the characteristics of autism may pose challenges to providing services. It is therefore extremely important that a wide range of individuals who know the victim be involved in assisting the individual while navigating the criminal prosecution process. Where appropriate, these could include parents/guardians, educators, and support staff.

The verbal communication skills of an individual with autism may be atypical or below his or her chronological age. It is therefore important to slow down speech, use simple language, present one concept at a time, and explain expectations often. Children and adults on the autism spectrum may have immediate or delayed echolalia (the repetition or echoing of verbal utterances made by another person). Immediate echolalia may be used with no intent or purpose or may have a very specific purpose for the individual. Delayed echolalia appears to tap into long-term auditory memory, can involve the recitation of entire scripts, and can also have both noncommunicative and communicative functions. Individuals with ASD may also exhibit a pattern of pronoun reversal. Knowing the individual well is key to understanding his/her specific use of echolalia and other communication traits. This will also assist during the forensic interviewing process and for court room testimony.

Likewise, children and adults with ASD may have perseverative (repetitive) behaviors. While all individuals have routines to organize their lives, children and adults on the autism spectrum often take it to an extreme, spending hours on a single activity or repetitively talking about the same topic. This perseveration may relate to an individual's exaggerated need for sameness, expressed by the need for routines and consistency in his or her environment. These characteristics may become more prominent when they are anxious or in an unfamiliar situation, as in a court room.

Other considerations for an individual with ASD include preparing the person for any interviews, awareness of the individual's communication (including use of assistive technology) and reading abilities, reducing the number of or shortening interviews, eliminating noise and visual stimuli that could be distracting and, if the individual takes medication, making sure it has been administered on schedule.

The use of Forensic Interviewers, trained to assist individuals with disabilities, should be considered from the onset of an investigation and utilized prior to any interviews with counselors to ensure appropriate information is collected for prosecution efforts. Successful initial contacts and interviews are more likely to produce optimal results. In preparing for interviews it is essential that interviewers consider their own attitudes about disability in general and access individualized information about the victim via personal records, family members or care providers, and friends. Interview settings should not only ensure privacy, but be free of distractions. All professionals interviewing an individual with ASD should be aware that it will take more time than normal.

Within the court room setting, time will be needed to prepare an individual on the autism spectrum to participate in the process of a trial. If the individual is familiar with the setting, the concepts involved, as well as the expectations of them, it will allow them to participate more effectively. Providing information on autism to jurors as well as defense attorneys will reduce questions, as well as alleviate concerns regarding the individual's competence to participate. Unfortunately, misperceptions regarding individuals with autism often result in questions about their credibility as witnesses. Individuals with ASD often have very good memories and attention to detail, making them reliable witnesses; however, they can be easily confused in adversarial proceedings. Because individuals may be intimidated by aspects of the criminal justice system, repeated questioning, or the presence of a known perpetrator, familiarizing them with the setting and preparing them for testimony is essential.

The goals of court preparation are:
- To reduce the stress level in the witness
- To help the individual understand the nature and seriousness of the proceedings
- To minimize the likelihood that the individual will suffer negative court-related harm
- To improve the individual's ability to answer questions in court in the most accurate, complete, and truthful manner
- To maximize the individual's ability to be perceived as a credible witness

Partnerships with autism professionals can assist advocates and attorneys in communicating information to the individual, eliciting responses, and addressing anxiety and behaviors. Without appropriate support, individuals with ASD may appear to lack understanding of events and activities; however, when information is presented in a way that meets their needs and learning styles, they can contribute to prosecution efforts.

## CHARACTERISTICS OF AUTISM

Persons with ASD may act in any of the following ways in an encounter with professionals within the criminal justice system and judicial sector. Care should be taken not to misinterpret some of these actions as deliberate, disrespectful or hostile.

Persons on the autism spectrum may:
- Not understand their rights
- Not understand what is expected of them
- Not respond to verbal instruction
- Run or move away when approached
- Be unable to communicate with words
- Only repeat what is said to them
- Communicate only with sign language, pictures or gestures
- Avoid eye contact
- Appear argumentative or stubborn
- Say "No!" or "Yes!" in response to all questions
- Have difficulty judging personal space
- Be overly sensitive to sensory input (e.g., flashing lights, sirens, crowds)
- Have a decreased cognitive ability when experiencing heightened anxiety or frustration
- Become anxious or agitated, producing fight or flight responses, or behaviors such as screaming, hand flapping, or self-injurious behaviors
- Appear to be under the influence of narcotics or intoxicants
- Have an associated medical condition such as seizure disorder
- Be fixated on a particular object or topic and may ask repeated questions
- Speak in a monotone voice with unusual pronunciations
- Reverse pronouns ("Can I stop?" instead of "Can you stop?")
- Give misleading statements or false confessions
- Have problems speaking at the correct volume
- May, if verbal, be honest to the point of bluntness or to rudeness
- Not be able to communicate the extent of trauma due to a lack of understanding of healthy sexuality or appropriate boundaries in care provider or other relationships
- Have the need for a Forensic Interviewer with knowledge of autism
- Not have knowledge of the criminal justice system and the expectations to assist in prosecution



**LOOKING FOR AUTISM RESOURCES? VISIT WWW.AUTISMSOURCE.ORG**

## AUTISM SOCIETY

4340 East-West Highway, Suite 350
Bethesda, Maryland 20814
Phone: 301.657.0881 or
1.800.3AUTISM
Fax: 301.657.0869
Web: www.autism-society.org

*This project was supported by Grant No. 2005-VF-GX-K023 awarded by the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.*

## REFERENCES:

Autism Society. (2006). *Results of the victims of crime with autism survey* (unpublished).

Baladerian, N. J. (2004). *An overview of violence against children with disabilities.* Presentation at the Best Practice II Conference On Child Abuse & Neglect, Mobile, Ala.

Mandell, D.S., Walrath, C.M., Manteuffel, B., Sgro, G., & Pinto-Martin, J.A. (2005). The prevalence and correlates of abuse among children with autism served in comprehensive community-based mental health settings. *Child Abuse Negl.*, 29(12):1359-72.

Marge, D.K. (Ed). (2003). *A call to action: Ending crimes of violence against children and adults with disabilities: A report to the nation.* Syracuse, N.Y.: SUNY Upstate Medical University.

Mishra, R. (June 10, 2001). In attacks on disabled, few verdicts: Despite evidence, law enforcement drops most cases. *The Boston Globe.*

Petersilia, J., Foote, J., & Crowell, N.A. (Eds.) (2001). *Crime victims with developmental disabilities: Report of a workshop.* Washington, DC: National Research Council/National Academy Press.

Sobsey, D. (1994). *Violence and abuse in the lives of people with disabilities: The end of silent acceptance?* Baltimore: Paul H. Brookes Publishing.

Sobsey, D., & Doe, T. (1991). Patterns of sexual abuse and assault. *Journal of Sexuality and Disability,* 9(3): 243-259.

## RESOURCES:

**Autism and Crime**
Autism Society ~ 1-800-3AUTISM
www.autism-society.org/safeandsound

Find or contribute local resources for victims of crime at Autism Source™, the Autism Society's on-line referral database, www.autismsource.org

Office for Victims of Crime, U.S. Department of Justice ~ 1-800-851-3420
OVC has a number of useful publications and materials, including *Victims with Disabilities: The Forensic Interview training* DVD and manual & *Serving Crime Victims with Disabilities* DVD.

California District Attorneys Association
(916) 443-2017, www.cdaa.org

The CDAA's DVD, *Crime Victims with Disabilities: What the Prosecutor Needs to Know*, includes sections specific to autism.

National Center for Victims of Crime
(NCVC) ~ 1-800-394-2255

Disability, Abuse & Personal Rights Project
www.disability-abuse.com

L.E.A.N. On Us (Law Enforcement Awareness Network) www.leanonus.org

Autism Risk and Safety Management
www.autismriskmanagement.com

### Crime Victim Organizations

Office for Victims of Crime, U.S. Department of Justice ~ 1-800-851-3420

National Center for Victims of Crime (NCVC)
1-800-394-2255

National Domestic Violence Hotline
1-800-799-7233

National Organization for Victim Assistance
(NOVA) ~ 1-800-879-6682

National Resource Center on Domestic Violence
1-800-537-2238



If you appreciated the information contained in this publication, please consider offering support through a donation that will continue the availability of this information to others in need. Help us continue the work so vital to the autism community by making a tax-deductible donation at www.autism-society.org/donate_home.

If a person involved in a crime is on the autism spectrum, the way in which the people involved in the judicial system communicate with them must be altered accordingly. Ensuring that the person understands the judicial system, the situation at hand and the court process is essential. Enlisting an autism expert to help guide the process is also helpful to both those in the judicial system and the person involved.

If an attorney, judge, or victims rights advocate is assigned a case involving someone on the autism spectrum, it is critical that these professionals have basic knowledge about autism spectrum disorder. Understanding their unique strengths, challenges, and the most effective ways to communicate with them will help ensure those on the spectrum get fair and appropriate treatment while involved in the court system.

**Quick Facts for the Judicial System**

- The diagnosis of an autism spectrum disorder (autism, autism spectrum disorder, pervasive developmental disorders, Asperger Syndrome and related disorders) is ALWAYS relevant and needs to be explained to police and legal personnel.
- If an person has been assessed to have "autistic tendencies," providers and families need to explain the features of ASD that the person does have. It is safest to do the same type of explaining as you would if the person carried an official diagnosis of an ASD.
- A diagnosis of an autism spectrum disorder is as relevant to police and legal proceedings as a diagnosis of mental retardation or mental illness would be, no matter how bright, high functioning, and/or verbal the person may be.
- A diagnosis of an ASD means that the person does have a developmental disability if criteria for developmental disability are met, even if there is no cognitive impairment.
- If a person with an ASD is involved in legal or police matters, others who know the person well need to quickly provide information about how the person thinks, communicates, interacts and understands others. Always provide that information in writing AND in person to all involved authorities.
- Each person with an autism spectrum disorder is unique. However, they share some common features. Assess to determine impact of autism on the person.
- The person will usually be responding to the best of her or his neurological ability at that time and in that place. Responses to others may be driven by internal state, material from various media, sensory input, and previous learning.
- People with an ASD respond and perform neurologically inconsistently depending on emotional state, familiarity with the people and situation and various sensory experiences. For example, they may be very talkative in one setting at a particular time and later be UNABLE to speak well in the same setting.

- Doyle, B.T. (2009) *And Justice for All: Unless You Have Autism - What the Legal System Needs to Know About People With Autism Spectrum Disorders*

**Resources for the Judicial System**

Judicial Spectrum Primer: What Judges Need to Know About Children with Autism Spectrum Disorders

Autism Information for Advocates, Attorneys, and Judges



**CERTIFICATION PROGRAMS** ⌄   **ABOUT** ⌄   **SEARCH REGISTRY**   **MEMBERS** ⌄   **PARENT RESOURCES** ⌄   **ACCESSIBILITY CARD**

# Law Enforcement and Autism: Why it's an Issue and What to Do



**22 JUN**

0 💬

## Get the Latest News

Sign up here to get monthly updates from IBCCES right in your inbox. Learn about new options, hear from experts, & stay on top of latest research developments.

People with autism commonly come in contact with law enforcement and first responders for a number of reasons, and are five times more likely to be incarcerated than the general population according to Children's Hospital of Philadelphia.

> "Training for first responders on autism on how to interact with individuals with an autism diagnosis is critical," said Scott Badesch, former president/CEO of Autism Society of America. "Effective training creates a productive partnership among those impacted by autism and first responders to assure the safety and well-being of all."

Some police forces like those of St. Johns County in Florida and Mesa, Arizona are helping to lead the way with educating their police forces on autism.

> "We are excited to be the first law enforcement agency in Florida to undergo autism training and certification through IBCCES so that we have the tools and resources to benefit our entire community, including these special individuals," said Sheriff David Shoar, of St. Johns County Sheriff's Office.

**First Name ***

**Last Name ***

**Email ***

**Phone Number**

**Country ***
- Select a Country -

**Industry ***
Industry

**Job Title ***
Job Title

**Company Name**

SEND ME NEWS

protected by reCAPTCHA
Privacy - Terms

Mesa, Arizona has gone even further by having their police officers, first responders and medical personnel all trained in autism. When talking about the training and how it will help their staff:

"It allows us to meet the needs of all citizens that we respond to and serve the community with CARE (Compassion. Accountability. Respect. Excellence.)," said Battalion Chief Chuck Busboom of Mesa Fire and Medical.



## Common Symptoms of Autism Can Lead to Frequent Police Run-ins

Some of the most common reasons people with autism will be questioned or forced to interact with police officers are stimming, wandering or elopement, and meltdowns.

## Stimming Can Often Be Misinterpreted

Stimming can often be mistaken for suspicious or drug-related behavior as in the case of Connor, who required surgery for his ankle after questioning escalated to him being tackled in a park.

## Elopement can Lead to Search and Rescue Operations

Elopement or wandering can often lead to manhunts for someone who doesn't necessarily want to be found, causing potentially tense run-ins with law enforcement or first responders.

> "In this six-year sample, nearly a third cases were either fatal or required some level of medical attention. Some cases demonstrated how police training and police familiarity with the specific individual was key in decreasing overall risk, including secondary risks, such as restraint. To reduce risk, it is recommended that first responders be trained on the signs of ASD, its associated water and traffic risks, and proper interaction techniques." –National Autism Association

In many of these situations, the person with autism will perceive the situation very differently from the way a normal person would. It is often important to understand that for a search to be successful, including one very long search for a missing boy in Virginia:

> "Because of his autism, '{`the boy`}' probably didn't know that he was lost. If he heard people coming through the woods, he might well have taken cover from them, thinking it was a game of hide-and-seek. Or he might not have wanted to be found by a stranger, even one calling out his name. This made efforts to locate him extremely difficult, and it's how '{`he`}' managed to elude what would soon become one of the largest search-and-rescue operations in Virginia history." -Outside Online

**How Common is Elopement? (Very)**

### Recent Posts

- How to Help Someone with Depression
- Featured Certificant: Jaci Johnson
- High Point Library Children's Department Completes Autism Certification, Joins Visit High Point Accessibility Initative
- Featured Certificant: Kim Kolean
- Featured Certificant: Melanie D White

### Certification Options

- Certifications Overview: Choose Your Industry
- CAS – Certified Autism Specialist
- ACAS – Advanced CAS
- AC – Autism Certificate
- AAC – Advanced Autism Certificate
- SMHC – Student Mental Health Certificate
- BCCS – Board Certified Cognitive Specialist
- CCC – Certified Cognitive Coach
- CATP – Certified Autism Travel Professional

Elopement is often dangerous for the person with autism due to their inability to perceive certain threats properly in their environment.

In a study that conducted a survey of parents of 1218 children with ASD:

- 49 percent of respondents said their child had attempted to elope at least once by age 4
- 26 percent were missing long enough to cause concern
- 24 percent were in danger of drowning and 65 percent were in danger of traffic injury
- Elopement became more common in individuals with more severe autism

## Meltdowns Can Lead to Escalations Where Police Become Involved

Luanne Haygood, who's son is on the autism spectrum and was 11 years old when he was charged with 5 felonies, said,

> "There's so many 7- to 12-year-old boys with autism that are getting arrested for meltdowns and behavior that can be avoided of the schools know how to react."

## With Autism Prevalence and Inclusion Rising, Law Enforcement Has not Adjusted

> "Law Enforcement Officers have, of necessity, become an increased presence in the mental health field due to the increase in prevalence in the community of those who were once institutionalized. Historically, resources have not been made available to them to allow them to better serve this new community. Findings from this study indicate that officers in the Commonwealth of Kentucky are not entirely prepared, due to a lack of understanding, and a lack of confidence of ability to interact with those with ASD in a way which would provide a positive outcome." – Study on law enforcement and autism in Kentucky

Find Out More About Training

> Certifications for Telepractice
> CAR – Certified Autism Resource



## The Importance of Autism Training for Law Enforcement

This is not a unique problem to Kentucky, as Steve Silberman states when referring to programs to train officers about autism:

"The scarcity of these programs is a sad legacy of the decades when autism was mistakenly believed to be a rare condition, and many autistic people lived out their lives in state-run institutions."

This lack of training can often lead to officers mistaking behaviors of autism for other unrelated issues, causing them to potentially escalate situations when it is inappropriate and put people with autism at risk of unnecessary harm.

In a study meant to find how well emergency responders recognized signs of autism in a person in a simulated trauma setting, the study found:

- 27 percent provided reassurance to the individual with ASD
- 1 percent elicited information
- 11 percent asked bystanders for information or assistance
- 35 percent suggested a disability
- 13 percent considered ASSD specifically as a possibility

The conclusion of the study: "Few EMRs in this study optimally interacted with adolescents with ASD or recognized a disability. These findings suggest a strong need for targeted educational interventions."

While EMRs are not the same as law enforcement, these types of studies are unfortunately quite rare and we were not able to locate any similar studies for law enforcement. While the numbers would undoubtedly be different for law enforcement (whether better or worse), the lack of understanding of how to approach and interact with people with autism effectively is increasingly coming to the forefront for both first responders and law enforcement alike.

"Now that we know that autism is common, and comes in all the hues and shades of a broad human spectrum, we need to give law enforcement officers the knowledge that they need to avoid turning a routine call into a life-altering calamity."- Steve Silberman, author of "NeuroTribes: The Legacy of Autism and the Future of Neurodiversity."

Autism training for law enforcement

## Find Out More About Autism Training & Certification for Law Enforcement

First Name *

Last Name *

Title *

Email *

Phone Number *

Organization *

[ Submit ]

Share:

📄 **RELATED POSTS**

> Queen Creek Police Department Becomes Autism Certified
> Greensburg Police Department Earns Certified Autism Center™ Designation
> What it Means to be "Bad" – The Challenge of Special Needs and Criminal Arrest
> Autism Training in Law Enforcement and the Call to Action
> ASD: On the Wrong Side of the Law?

The International Board of Credentialing and Continuing Education Standards meets the credentialing needs of professionals who work with individuals with special needs and cognitive disorders. Read more...

877-717-6547

904-959-6057

info@ibcces.org

**US Office:**
4651 Salisbury Rd, Ste 340
Jacksonville, FL 32256

**Dubai Office:**
Office 404, Al Saaha Offices – F
Souk Al Bahar, Burj Khalifa District,
P.O. Box 487177, Dubai – UAE

### IBCCES

Connect With An Advisor

About IBCCES

IBCCES Board

FAQ

### POLICIES & STANDARDS

Terms and Conditions

Renewal Policy

Disciplinary Policy

Privacy Notice

Accessibility Statement

Certification Process

Digital Badges

### CERTIFICATIONS FOR INDIVIDUALS

Certifications Overview. Choose Your Industry

CAS – Certified Autism Specialist

ACAS – Advanced CAS

AC – Autism Certificate

AAC – Advanced Autism Certificate

SMHC – Student Mental Health Certificate

BCCS – Board Certified Cognitive Specialist

CCC – Certified Cognitive Coach

CATP – Certified Autism Travel Professional

Certifications for Telepractice

CAR – Certified Autism Resource

### MEMBERS

My Account

Search the Public Registry

Restored Certificants

### TRAINING & CONTINUING EDUCATION

Continuing Education Standards

Certified Training Partners

University Partners

### ADDITIONAL RESOURCES

Blog

Certified Autism Resources

Veterans Reimbursement

© 2022 International Board of Credentialing and Continuing Education Standards. All rights reserved.

Certified Autism Specialist    Autism Certificate



Walk   Donate

# Information for Law Enforcement

**Autism Safety Project**

Safety in the Community
Safety in the Home
Information for First Responders and Other Professionals
  911 Centers
  Emergency Medical Services
  Fire Fighters
  Hospital Emergency Staff
  Judicial System
  Law Enforcement
  Search and Rescue Personnel
  Teachers and Administrators
Natural Disaster Preparedness and Response
Recognizing and Preventing Abuse
Recognizing and Preventing Sexual Abuse
Safety Products and Services
Wandering Prevention Resources

On a daily basis police officers encounter a multitude of individuals in emergency situations. Just as each emergency differs from the next, so does the individual involved, especially in regards to people with autism. Police are trained to respond to a crisis situation with a certain protocol, but this protocol may not always be the best way to interact with people with autism. Because police are usually the first to respond to an emergency, it is critical that these officers have a working knowledge of autism, and the wide variety of behaviors people with autism can exhibit in emergency situations.

Teaching first responders the signs of autism is an important first step toward preventing unfortunate situations.

## A person with autism might:

- Have an impaired sense of danger.
- Wander to bodies of water, traffic or other dangers.
- Be overwhelmed by police presence.
- Fear a person in uniform (ex. fire turnout gear) or exhibit curiosity and reach for objects/equipment (ex. shiny badge or handcuffs).
- React with "fight" or "flight".
- Not respond to "stop" or other commands.
- Have delayed speech and language skills.
- Not respond to his/her name or verbal commands.
- Avoid eye contact.
- Engage in repetitive behavior (ex. rocking, stimming, hand flapping, spinning).
- Have sensory perception issues.
- Have epilepsy or seizure disorder.

If a first responder is able to identify that a child or adult may have autism, he or she can then respond in a way that best supports the individual.

## When interacting with a person with autism:

- Be patient and give the person space.
- Use simple and concrete sentences.
- Give plenty of time for person to process and respond.
- Be alert to signs of increased frustration and try to eliminate the source if possible as behavior may escalate.
- Avoid quick movements and loud noises.
- Do not touch the person unless absolutely necessary.
- Use information from caregiver, if available, on how to best respond.

## General training guidelines*:

- Law enforcement agencies should proactively train their sworn workforce, especially trainers, patrol supervisors, and school resource officers, to recognize the behavioral symptoms and characteristics of a child or adult who has autism, and learn basic response techniques.
- A training program should be designed to allow officers to better protect and serve the public and make the best use of your valuable time, and avoid mistakes that can lead to lawsuits and negative media scrutiny, loss of confidence from the community, morale problems, and lifelong trauma for all involvLive Chat
- A good autism recognition and response workshop is designed to inform law enforcement professionals about the risks associated with autism, and offers suggestions and options about how to address those risks.

## Resources for Law Enforcement

- Wandering Tips for First Responders
- National Center for Missing and Exploited Children
- What To Do If Your Child Goes Missing
- Project Lifesaver
- Spotlight on Autism Training: Pathfinders for Autism
- Autism Risk and Safety Management

668
Shares

Need Personalized Support?
Our Autism Response Team (ART) is specially trained to connect people with autism, their families, and caretakers to information, tools, and resources.

Get in Touch with ART ▸

Donate ▸

News, Updates & More

Sign Up Now!

Follow Us

Follow Us

 

Contact Us    Privacy Policy    Terms of Service    RSS    Grants

© 2022 Autism Speaks Inc. 501(c)(3) organization, EIN: 20-2329938.

Live Chat



Mr. Jonathan Dillard
161 N. Klemmer Ave.
Kuna, ID 83634-3163

THE HUMANE SOCIETY
OF THE UNITED STATES

2 DEC 2022 PM 2 L

US Court Clerk
James A. McClure Fed. Bldg.
& Court House
550 W. Fort Street
Boise, ID. 83724

US MARSHALS
District of Idaho
DEC 05 2022
EXAMINED
8359724