U.S. COURTS

DEC 05 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

1  Jonathan Dillard
   1631 N. Klemmer Ave.
2  Kuna, ID. 83634
   none | message phone only P.O. said so: 208-906-4878/Kathy Dillard
3  jonathan185485@outlook.com

4  UNITED STATES CIVIL AND BANK RUPTCY DISTRICT COURT

5  DISTRICT OF IDAHO

6  JONATHAN F. DILLARD,                  Case No.: 1:22-cv-00286-BLW

7        Plaintiff,

8  vs.                                   HELP IN FINDING AN ATTORNEY PRETTY
                                         PLEASE; AND I HAVE THE COOPYOF THE VIDEO
9  JUDGE STANLEY BASTAIN,                OF THE POLYGRAPH THE POLYGRAPHER SENT
                                         ONA DVD FOR THE RECORD, OF THE
10       Defendant                       QUESTIIONS HE ASKED IN REGARDS TO THE
                                         CLAIMS I HAD MADE PRIOR TO THE FIRST
11                                       REQUEST TO VACCATE, THE ONE THAT
                                         SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM
12                                       NOW HAVE A COPY OF IT AND A COY OF THE
                                         LETTER IN WHICH THE REASONS FOR THE
13                                       POLYGRAPH WS DONE ON THE PROBAGTION
                                         PORTIN OF IT. HOW DO I PROCEED, PLEASE?

14
        The courts have recognized that I Jonathan Dillard, being the Plaintiff in a judicial civil rights case
15
   and that I have Autism, and it is unwise for me to proceed without an attorney has granted me 3 months in which to
16
   to gather funding to do so. I have been granted until March 6, 2023 to find the funding and hire an attorney and put
17
   the amendments into place in regards to rule 8(a), being that I don't know what that means or etc. and I have gotten
18
   my brother Micheal Dillard at 11064 west Edna Boise , ID. 83713 to agree to cover the cost of the attorney more
19
   than likely he said, but now we cannot find an attorney I Idaho who takes federal civil cases like this. The state Bar
20
   has no one listed for Idaho and aclu says I have good case, but I don't meet their priority list, Idaho legal aid and the
21
   trial lawyer's congressman Fulcher told me to contact also said they don't handle these kinds of cases. May I request
22
   the courts to please send us list of attorneys' they may have in their records that we may call upon to request their
23
   services please?  Sent to my email address above please, and it is monitored, I am supposed to tell everyone,
24
   unsecure.I received the DVD copy of the polygraph session that I took on 7/26/2021 with the quseions that were
25
   asked for the probation office , that someone has denied taking place, received it on 1/30/2022 and a copy of the
26 HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE
   POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE
27 ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE,
   THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A
28 COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE
   PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 1

letter I wrote to the courts , to the sex offender treatment director Matt H. who say he knows I am not guilty from me passing this polygraph, and Officer Colin Starry with the US probation office and his suo0ervisir who okayed the probation office paying for the polygraph due to the questions that were going to be asked in regards to my insistent that what is wrote and my innocence to all charges, that for some reason someone has denying ever happened ,I have that now, How do I proceed?

Dated this 1 day of December 2022.

_____
Jonathan F. Dillard

HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE, THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 2

U.S. COURTS

DEC 5 2022

Rcvd_____Filed_____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

1  Jonathan Dillard
   1631 N. Klemmer Ave.
2  Kuna, ID. 83634
   none | message phone only P.O. said so: 208-906-4878/Kathy Dillard
3  jonathan185485@outlook.com

4  UNITED STATES CIVIL AND BANK RUPTCY DISTRICT COURT

5  DISTRICT OF IDAHO

6  JONATHAN F. DILLARD,                    Case No.: 1:22-cv-00286-BLW

7  Plaintiff,

8  vs.                                     HELP IN FINDING AN ATTORNEY PRETTY
                                           PLEASE; AND I HAVE THE COOPYOF THE VIDEO
9  JUDGE STANLEY BASTAIN,                  OF THE POLYGRAPH THE POLYGRAPHER SENT
                                           ONA DVD FOR THE RECORD, OF THE
10 Defendant                               QUESTIIONS HE ASKED IN REGARDS TO THE
                                           CLAIMS I HAD MADE PRIOR TO THE FIRST
11                                         REQUEST TO VACCATE, THE ONE THAT
                                           SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM
12                                         NOW HAVE A COPY OF IT AND A COY OF THE
                                           LETTER IN WHICH THE REASONS FOR THE
13                                         POLYGRAPH WS DONE ON THE PROBAGTION
                                           PORTIN OF IT. HOW DO I PROCEED, PLEASE?

The courts have recognized that I Jonathan Dillard, being the Plaintiff in a judicial civil rights case and that I have Autism, and it is unwise for me to proceed without an attorney has granted me 3 months in which to to gather funding to do so. I have been granted until March 6, 2023 to find the funding and hire an attorney and put the amendments into place in regards to rule 8(a), being that I don't know what that means or etc. and I have gotten my brother Micheal Dillard at 11064 west Edna Boise , ID. 83713 to agree to cover the cost of the attorney more than likely he said, but now we cannot find an attorney I Idaho who takes federal civil cases like this. The state Bar has no one listed for Idaho and aclu says I have good case, but I don't meet their priority list, Idaho legal aid and the trial lawyer's congressman Fulcher told me to contact also said they don't handle these kinds of cases. May I request the courts to please send us list of attorneys' they may have in their records that we may call upon to request their services please?  Sent to my email address above please, and it is monitored, I am supposed to tell everyone, unsecure.I received the DVD copy of the polygraph session that I took on 7/26/2021 with the quseions that were asked for the probation office , that someone has denied taking place, received it on 1/30/2022 and a copy of the

HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE, THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 1

letter I wrote to the courts , to the sex offender treatment director Matt H. who say he knows I am not guilty from me passing this polygraph, and Officer Colin Starry with the US probation office and his suo0ervisir who okayed the probation office paying for the polygraph due to the questions that were going to be asked in regards to my insistent that what is wrote and my innocence to all charges, that for some reason someone has denying ever happened ,I have that now, How do I proceed?

        Dated this 1 day of December 2022.



Jonathan F. Dillard

HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE, THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 2

U.S. COURTS

DEC 5 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

1 Jonathan Dillard
1631 N. Klemmer Ave.
2 Kuna, ID. 83634
none | message phone only P.O. said so: 208-906-4878/Kathy Dillard
3 jonathan185485@outlook.com

4 UNITED STATES CIVIL AND BANK RUPTCY DISTRICT COURT

5 DISTRICT OF IDAHO

6 JONATHAN F. DILLARD,   Case No.: 1:22-cv-00286-BLW

7     Plaintiff,

8 vs.   HELP IN FINDING AN ATTORNEY PRETTY
PLEASE; AND I HAVE THE COOPYOF THE VIDEO
9 JUDGE STANLEY BASTAIN,   OF THE POLYGRAPH THE POLYGRAPHER SENT
ONA DVD FOR THE RECORD, OF THE
10     Defendant   QUESTIIONS HE ASKED IN REGARDS TO THE
CLAIMS I HAD MADE PRIOR TO THE FIRST
11 REQUEST TO VACCATE, THE ONE THAT
SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM
12 NOW HAVE A COPY OF IT AND A COY OF THE
LETTER IN WHICH THE REASONS FOR THE
13 POLYGRAPH WS DONE ON THE PROBAGTION
PORTIN OF IT. HOW DO I PROCEED, PLEASE?

14
       The courts have recognized that I Jonathan Dillard, being the Plaintiff in a judicial civil rights case
15
and that I have Autism, and it is unwise for me to proceed without an attorney has granted me 3 months in which to
16
to gather funding to do so. I have been granted until March 6, 2023 to find the funding and hire an attorney and put
17
the amendments into place in regards to rule 8(a), being that I don't know what that means or etc. and I have gotten
18
my brother Micheal Dillard at 11064 west Edna Boise , ID. 83713 to agree to cover the cost of the attorney more
19
than likely he said, but now we cannot find an attorney I Idaho who takes federal civil cases like this. The state Bar
20
has no one listed for Idaho and aclu says I have good case, but I don't meet their priority list, Idaho legal aid and the
21
trial lawyer's congressman Fulcher told me to contact also said they don't handle these kinds of cases. May I request
22
the courts to please send us list of attorneys' they may have in their records that we may call upon to request their
23
services please?  Sent to my email address above please, and it is monitored, I am supposed to tell everyone,
24
unsecure.I received the DVD copy of the polygraph session that I took on 7/26/2021 with the quseions that were
25
asked for the probation office , that someone has denied taking place, received it on 1/30/2022 and a copy of the
26 HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE
POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE
27 ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE,
THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A
28 COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE
PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 1

letter I wrote to the courts , to the sex offender treatment director Matt H. who say he knows I am not guilty from me passing this polygraph, and Officer Colin Starry with the US probation office and his suo0ervisir who okayed the probation office paying for the polygraph due to the questions that were going to be asked in regards to my insistent that what is wrote and my innocence to all charges, that for some reason someone has denying ever happened ,I have that now, How do I proceed?

        Dated this 1 day of December 2022.

                                            Jonathan F. Dillard

HELP IN FINDING AN ATTORNEY PRETTY PLEASE; AND I HAVE THE COOPYOF THE VIDEO OF THE POLYGRAPH THE POLYGRAPHER SENT ONA DVD FOR THE RECORD, OF THE QUESTIIONS HE ASKED IN REGARDS TO THE CLAIMS I HAD MADE PRIOR TO THE FIRST REQUEST TO VACCATE, THE ONE THAT SOMEONE HAS SAID IT DIDN'T HAPPEN AND IM NOW HAVE A COPY OF IT AND A COY OF THE LETTER IN WHICH THE REASONS FOR THE POLYGRAPH WS DONE ON THE PROBAGTION PORTIN OF IT. HOW DO I PROCEED, PLEASE? - 2



BOISE ID 837

1 DEC 2022 PM 1 L

U.S. Courts Clerk
Dfanne H. McClure Fed. Bldg.
+ Court House
550 W. Fort Street
Boise, ID. 83724

Jonathan Dillard
1631 N Klemmer Ave
Kuna, ID 83634