Case 1:22-cv-00286-BLW   Document 21   Filed 12/14/22   Page 1 of 6

U.S. COURTS
DEC 14 2022
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

1  Jonathan F, Dillard
   1631 N. Klemmer Ave.
2  Kuna, ID. 83634
   208-286-6304 |
3  Monitored email: jonathan185485@outlook.com

4                    UNITED STATES CIVIL COURTS

5                         DISTRICT OF IDAHO

6  JONATHAN F. DILLARD,                    Case No.: 1:22-cv-00286-BLW

7             Plaintiff,

8  vs.                                      LEGAL SHIELD HAS ACCPETED MY
                                            MEMBERSHIP AND IS WORKING ON ASIGNING
9  JUDGE STANLEY BASTIAIN COLIN STARRY      ME AN ATTORNEY, MEANWHILE OTHER
   CRYSTAL LALEMAN, ADA COUNTY SHERIFF      NEGITVE THNGS HAVE BEEN OCCURING AND I
10 SAREGENT IN CHARGE DOE.,                 HAVE NO CLUE WHAT TO DO ABUOT IT.

11            Defendant

12         Your honor, I; the plaintiff has found a law type firm as I joined legal shield and have been

13 accepted and they are working on assigning me an attorney. Please see attachment. Meanwhile I discovered that

14 when I went to the Ada County sheriff's website for following upon issues and trying to research things that

15 according to the computer I have a criminal charge about this civil violation's rights court session already at their

16 office, No one ever told me about. May I please inform the courts all I have on my plate and what has been going on

17 since I filed the complaint of my civil rights being violated in the court system sir, please, give you an idea of what

18 am going through and who and what and maybe why or maybe you can help me figure out why. The Attorney

19 General's office department of civil rights, see attachment, Kirby, sent me a letter and so did congressman Fulcher

20 office telling me to file criminal charges against Mark Ackley for doing what he did and for the officer thrashing me

21 severely enough to where the University of Utah neurosurgeons , Dr, Daniels as he is the third opiniin I have gotten

22 in regards to y back or lower soine,l5s1 collapsing and crushing the nerves between the disc and my lower

23 extremities no longer functioning is due to what Officer Bryce King id to me, so I went to that, first at the ADS

24 county Sheriffs office and then the officer that is named in the case here did what I said he did ,I told Kirby at the

25 attorney general's office about it and he told me to go to ISP and don't ask to fie a complaint demand it as it s my

26 right to do so and make sure if they don't let me there either to leave a complaint there about it so he has a paper

27 trail to go by. I did so on 10/20/2022 at the local branch of the ISP and instead of them giving the that from and

28 LEGAL SHIELD HAS ACCPETED MY MEMBERSHIP AND IS WORKING ON ASIGNING ME AN
   ATTORNEY, MEANWHILE OTHER NEGITVE THNGS HAVE BEEN OCCURING AND I HAVE NO CLUE
   WHAT TO DO ABUOT IT. - 1

1  taking it seriously they detained me, and I had thought it was under some false charges the prosecutor had made as
2  William Miles pope told me what was being said, I assumed, and that was wring as I know 99.8 % of all
3  assumptions are wrong and should not have done that. The charge the officers were holding me or detain me under
4  was disobeying a court order and refusing to follow my mental a health doctor's orders and refusing to take my
5  meds. And that I am a borderline intellect and IQ of 72 and off my mediations I am a threat to society and to have
6  me locked me up for it. It started in the am around 10 and I came home at 3pm. That day. I immediately documented
7  what happened and made the complaint to the human resources department at the office there at ISP Idaho state
8  police, I went lot give them more info about it all and was turned away and ignored so I left it there anyway your
9  honor. So Kirby cold have his aper trail and called but the lady who answered the phone did ot give to the civil
10 rights department instead she my call to Brad Doe in the investigation department and he and I had an argument as
11 he said he is the one telling them that false information and filing these false charges and he aid some other very
12 uncool things and some it involved very inappropriate about children and I so wished at the time I could reach
13 through the phone and knock him out for talking like that. Ut he also admitted that officer, Bryce King works on his
14 task force and that it is too late for me to file, and he knows already what the officer did as he sanctioned it and said
15 I deserve to be treated like that. He said he is the one who told the officer at Ada county sheriff's office to make the
16 threats and that he can do whatever he ants and no will believe me as he is telling everyone I am mentally f my
17 ricker and sticking to telling them the courts are the ones saying all this and my claim of having autism is a farce and
18 to that no one will believe me and there os nothing I can do about it and if I don't believe him to ask my P.O. So I
19 have o clue what to do your honor or where to turn anymore, I have also a different curt hearing an appeal for a
20 traffic ticket, and then the IRS as someone stole my identity in 1998 and has been using it to cause a lot of problems
21 for me and when my mother and I went to the office in2010 we thought it would be taken care of but the code they
22 send annually I have not gotten and when my sister tried to set put an web account with the IRS for me someone has
23 already did it using all my current information thus address where I live and all the same except my birth year so I
24 am dealing with that through the IRS. Also meanwhile I am physically not well and due to all these legal issues
25 doctors have refused to me in Idaho so among up with the funds to get to Utah for almost all my medical care I just
26 don't have it and my Kidneys have been bleeding since February 2022 and the RBC count is very high, plus being
27 all broken where mylower at of my bdy doesn't wrkcorectly and I fell on my b-day casing myself to have aninjure
28 LEGAL SHIELD HAS ACCPETED MY MEMBERSHIP AND IS WORKING ON ASIGNING ME AN ATTORNEY, MEANWHILE OTHER NEGITVE THNGS HAVE BEEN OCCURING AND I HAVE NO CLUE WHAT TO DO ABUOT IT. - 2

neck and tendonitis in my neck and also in my right elbow and having no care giver as the last knee quit as soon s found out I am on probation, both my mother and I need that as I am unable to lift over 20lbs without causing mor damage to myself and I already cant barely walk anymore or even feel the pedals in the car my poor mother is nearly totally mobile and unable to care for herself at all and I am her durable power of attorney and she is in the first stages of dementia and the physical labor and all that I use do to be able to do wipes me out and I the stress from all this legal stuff I dint sleep at all and I take me 4 days to do normal house chores I used it in one day and then getting the dd waver for the state of Idaho to be able to help as I longer qualify under mental health reasons to get services and autism is not a mental illness as it is genetic and medications don't help it or fix it or make it less.I have no support system and none way to get one either and taking care if my mom when I can't even lift my laundry bag myself isn't easy I have no idea what to do no help no aide and being receiving no aide from the courts to help in that aera I am over whelmed sir, now all this I just found out about criminal charges according to the website if the Ada county sheriffs had no clue at what I did or what the heck its take I have the strength for breaking laws or any thing else and no one ants to believe when the hear it, no one listening and some firms refusing to help just do to the kind of charges is fighting sir, It is very difficult to do things in a timely manner alone and having to research stuff and I have not h acknowledge on how t doit all sir. I am just wanting justice and I keep getting punished for be truthful or told I am telling the truth in the wrong format or such, That is what it is like for me daily sir .please forgive me of I am late nothing or tell you the truth on the wrong format,

    Dated this 12th day of December 2022.



Jonathan F. Dillard

LEGAL SHIELD HAS ACCPETED MY MEMBERSHIP AND IS WORKING ON ASIGNING ME AN ATTORNEY, MEANWHILE OTHER NEGITVE THNGS HAVE BEEN OCCURING AND I HAVE NO CLUE WHAT TO DO ABUOT IT. - 3

From: noreply@pplsi.com
Sent: Monday, December 12, 2022 12:18 AM
To: Jonathan185485@outlook.com
Subject: We received your request for consultation.



## Jonathan your request for a consultation has been received

Jonathan, your request will be reviewed shortly by your law firm. A lawyer will call you between
11:00 am - 2:00 pm MST on Wednesday, December 14
keep a lookout for their call. If additional information is needed before your consultation your law firm may contact you sooner

**Intake number**

This is your reference number for this consultation

# ID-SEB-35Q

If you received this email by mistake, please disregard this message

You are subscribed to messaging from LegalShield, One Prepaid Way, Ada, OK.
2021 LegalShield © All rights reserved

Unsubscribe - Unsubscribe Preferences



**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

LAWRENCE G. WASDEN

March 24, 2022

Jonathan Dillard
1631 N Klemmer Avenue
Kuna, ID 83643

Dear Mr. Dillard:

Thank you for your recent letter to the Attorney General's Office.

The Attorney General lacks the authority to take the action you have requested.

Allegations of criminal wrongdoing should be reported to local law enforcement.

You may also wish to speak with your own private attorney to explore the legal options available to you.

Sincerely,

KRISS BIVENS CLOYD
Constituent Information Specialist

/kbc



BOISE ID 837

12 DEC 2022 PM 1 L

US Court Clerks
James A. McClure Fed. Bldg.
550 W. Fort Street
Boise, Id. 83724

EXAMINED

Mr. Jonathan Dillard
1631 N. Klemmer Ave.
Kuna, ID 83634-3163

THE HUMANE SOCIETY
OF THE UNITED STATES